UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:26 CR 158 JMD SPM |
| | ) | |
| ORTEZ MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

The United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Nauman Wadalawala, Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. On December 31, 2025, Defendant assaulted a federal employee using a deadly weapon. Specifically, Defendant pointed a Glock make, 35 model, .40 S&W caliber, full-automatic pistol at victim Devion Miles.

2. Victim Miles was performing his official duties as a United States Postal Carrier, delivering mail, when Defendant decided to take Victim Miles backpack.

3. Defendant, armed with a fully automatic Glock firearm pointed it at Victim Miles, causing him to fear for his life.

4. Based on this information, there are no conditions or combination of conditions that will assure Defendant's appearance as required or the safety of the community. Consequently, this Court should enter an order detaining Defendant pending trial.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*s/ Nauman Wadalawala*
NAUMAN WADALAWALA, #65252
Assistant United States Attorney